FILED

FEB - 3 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANGELO LENA,

    Petitioner,

v.

SUPERIOR COURT OF CALIFORNIA, et al.,

    Respondents.

No. C 12-0271 JSW (PR)

**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**

(Docket No. 2)

    Petitioner, a prisoner of the State of California, has filed a petition for a writ of error coram nobis challenging a state court conviction from 1981. The writ of error coram nobis affords a remedy to attack a conviction when the petitioner has served his sentence and is no longer in custody. *See Telink, Inc. v. United States*, 24 F.3d 42, 45 (9th Cir. 1994); *United States v. Walgren*, 885 F.2d 1417, 1420 (9th Cir. 1989). Federal district courts may not entertain a petition for the writ with respect to challenges to state convictions, however. *See Sinclair v. Louisiana*, 679 F.2d 513, 513-15 (5th Cir. 1982); *see also Madigan v. Wells*, 224 F.2d 577, 578 n.2 (9th Cir. 1955) (writ of error coram nobis can only issue to aid jurisdiction of court in which conviction was had). Consequently, the instant petition is DISMISSED.

//

//

Petitioner indicates that he is presently being prosecuted on other charges in state court. He seeks an order from this Court enjoining the state court from using his prior state court conviction as a "strike" to enhance his sentence. Under principles of comity and federalism, a federal court should not interfere with ongoing state criminal proceedings by granting injunctive relief. *See Younger v. Harris*, 401 U.S. 37, 43-54 (1971). Accordingly, the injunction petitioner requests is DENIED.

In light of Petitioner's lack of funds, his application for leave to proceed in forma pauperis is GRANTED (docket number 2).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: FEB - 3 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL-ANGELO LENA et al,

        Plaintiff,

v.

SUPERIOR CT OF CA et al,

        Defendant.

Case Number: CV12-00271 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Angelo Lena 199107
Marin County Jail
13 Peter Behr Drive
San Rafael, CA 94903

Dated: February 3, 2012

        Richard W. Wieking, Clerk

        *Susan Imbriani*
        By: Susan Imbriani, Deputy Clerk